Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| **1. Debtor's name** | 1909 LLC | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 4 3 2 4 4 8 1 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1909 S Jones Blvd | |
| Number        Street | Number        Street |
| Las Vegas, NV 89146-1260 | |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Clark | |
| County | Number        Street |
| | City            State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **1909 LLC**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>❑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❑ A plan is being filed with this petition.<br>   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes. District _____ When _____ Case number _____<br>                               MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                   MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                  MM / DD / YYYY<br>       Case number, if known _____ |

Debtor     __1909 LLC__                                             Case number *(if known)* _____
                    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number   Street<br><br>_____<br>  City                        State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>  Contact name _____<br>  Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   __1909 LLC__                                           Case number *(if known)* _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __05/22/2026__
           MM/  DD/  YYYY

**X** __/s/ RICK SAGA__                                    __RICK SAGA__
Signature of authorized representative of debtor        Printed name

Title   __MEMBER -MANAGER__

**18. Signature of attorney**

**X** _____**/s/ David A. Riggi**_____      Date __05/22/2026__
Signature of attorney for debtor                          MM/  DD/  YYYY

__David A. Riggi__
Printed name

__Riggi Law Firm__
Firm name

__7900 W Sahara Ave Suite 100__
Number      Street

__Las Vegas__                          __NV__        __89117__
City                                   State        ZIP Code

__(702) 463-7777__                     __riggilaw@gmail.com__
Contact phone                          Email address

_____               __NV__
Bar number                             State

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: **1909 LLC**                                                                     CASE NO

                                                                                        CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **05/22/2026**          Signature                                    **/s/ RICK SAGA**
                                                                       RICK SAGA , MEMBER -MANAGER

Clark Co Assessor c/o
Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401

Clark Co Treasurer c/o
Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

Clark County Treasurer
Bankruptcy Clerk
P.O. Box 1220
Las Vegas, NV 89125

Cy Tom Jr.
Individually
2505 N Jones Blvd
Las Vegas, NV 89108

Green Emerald Investments
5580 W Desert Inn Rd
Las Vegas, NV 89146

Internal Revenue Service
Bankruptcy Dept
P.O. Box 7346
Philadelphia, PA 19101

Jonacar NV Corp
c/o Realty Lending
6470 W Desert Inn Rd
Las Vegas, NV 89146

Las Vegas Valley Water
District
Bankruptcy Dept
1001 S Valley View Blvd
Las Vegas, NV 89153

MDL Group
c/o Michael Beede
3199 E Warm Springs Rd Suite 400
Las Vegas, NV 89120

Nevada Department of
Taxation
Bankruptcy
500 E Washington Ave Suite 13000
Las Vegas, NV 89101

Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001

Patel Educational Services
9801 Winter Palace Dr
Las Vegas, NV 89145

Septarian LLC
c/o Realty Lending
6470 W Desert Inn Rd
Las Vegas, NV 89146

SMALL BUSINESS
ADMINISTRATION
409 3rd Street SW
Washington, DC 20416

Sophie Ideker
4342 Del Monte Ave
Las Vegas, NV 89102

State of NV DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

State, County & City (FY2025)
Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155


Stephanie Masso
c/o Realty Lending
6470 W Desert Inn Rd
Las Vegas, NV 89146


Tatacoa Corp
c/o Realty Lending
6470 W Desert Inn Rd
Las Vegas, NV 89146

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **1909 LLC** |
| United States Bankruptcy Court for the: | **District of Nevada** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 MDL Group c/o Michael Beede 3199 E Warm Springs Rd Suite 400 Las Vegas, NV 89120 | | Lis Pendens / Pending Litigation | Contingent Disputed Unliquidated | | | $10,000.00 |
| 2 Patel Educational Services 9801 Winter Palace Dr Las Vegas, NV 89145 | | Lis Pendens / Pending Litigation | Contingent Disputed Unliquidated | | | $10,000.00 |
| 3 Sophie Ideker 4342 Del Monte Ave Las Vegas, NV 89102 | | Lis Pendens / Pending Litigation | Contingent Disputed Unliquidated | | | $10,000.00 |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor     **1909 LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# RESOLUTION AND DECLARATION OF 1909, LLC

The undersigned, the manager/s of **1909, LLC** (the "Company"), hereby approves and adopts the following resolutions effective no later than as of May 21, 2026:

**RESOLVED** that in the judgment of the Company, and upon the advice of insolvency counsel, and, for various reasons (including, but not limited to, the preservation and reorganization of the Company's real property located at 1909 S. Jones Blvd., Las Vegas, Nevada) it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

**RESOLVED** that **Rick Saga** (the "Authorized Person," and "Responsible Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11, of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

**RESOLVED** that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case (which includes preparation of tax returns and financial statements which are not currently prepared) but consistent with the provisions of the Bankruptcy Code. The Authorized Person and Responsible Person is also, independently, so authorized and responsible under Nevada state law.

**RESOLVED** that the **RIGGI LAW FIRM** is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

**RESOLVED** that the Responsible Person is, authorized, empowered and directed, in the name

and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 case.

**RESOLVED** that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and it further

**IN WITNESS WHEREOF**, the undersigned, on behalf of the Company and by execution hereof, hereby approves this Resolution as of the date first above written and all statements herein are, and should be considered, declared under penalty of perjury that such statements are true and correct to the best recollection of the undersigned.

**Resolved, Declared and Approved by 1909, LLC**

**DATED: May 21, 2026**

By: _____

    **Rick Saga**
    Manager

Fill in this information to identify the case:

Debtor name **1909 LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▉ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **Resolution** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/22/2026**
MM/ DD/ YYYY

**X** **/s/ RICK SAGA**
Signature of individual signing on behalf of debtor

**RICK SAGA**
Printed name

**MEMBER -MANAGER**
Position or relationship to debtor

Official Form B202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**