Fill in this information to identify the case:

Debtor Name  **1909 LLC**

United States Bankruptcy Court for the: District of ___**Nevada**___
(State)

Case number (If known): ___**26-13286-NMC**___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Lesicon Bank** | **Checking account** | __ __ __ __ | **$200.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$200.00**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

Debtor    **1909 LLC**_____    Case number *(if known)* **26-13286-NMC**_____
          Name

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    _____

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =.....➡    _____
                             face amount          doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ =.....➡    _____
                          face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

Debtor    **1909 LLC**
          Name

Case number *(if known)* **26-13286-NMC**

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    [_____]

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

---

Debtor    **1909 LLC**_____    Case number *(if known)* **26-13286-NMC**_____
          Name

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                              _____

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page **4**

| Debtor | 1909 LLC | Case number *(if known)* | 26-13286-NMC |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

❑ No
❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
❑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 | | | |
| | 47.2 | | | |
| | 47.3 | | | |
| | 47.4 | | | |

Debtor    **1909 LLC**
Name

Case number *(if known)* **26-13286-NMC**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❑ No

    ❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ❑ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial real property — 1909 S Jones Blvd, Las Vegas, NV /** 1909 S Jones Blvd Las Vegas, NV 89146 | Fee Simple | unknown | Pending professional appraisal | $6,000,000.00 |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $6,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ❑ Yes

Debtor      **1909 LLC**                                                          Case number *(if known)* **26-13286-NMC**
            Name

---

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
| --- | --- |

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10**
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

Debtor    **1909 LLC**_____    Case number *(if known)* **26-13286-NMC**_____
          Name

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  =➡   _____
                          Total face amount      doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

_____    _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

---

Debtor      **1909 LLC**
                    Name

Case number *(if known)* **26-13286-NMC**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.    **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $200.00 | |
| 81.    **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82.    **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83.    **Investments.** *Copy line 17, Part 4.* | | |
| 84.    **Inventory.** *Copy line 23, Part 5.* | | |
| 85.    **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.    **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87.    **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88.    **Real property.** *Copy line 56, Part 9.*.................................................................................. ➔ | | $6,000,000.00 |
| 89.    **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.    **All other assets.** *Copy line 78, Part 11.* | + | |
| 91.    **Total.** *Add lines 80 through 90 for each column*...........................91a. | $200.00   + 91b. | $6,000,000.00 |
| 92.    **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................................... | | $6,000,200.00 |

Fill in this information to identify the case:

Debtor name        **1909 LLC**

United States Bankruptcy Court for the: District of        **Nevada**
(State)

Case number (if known):        **26-13286-NMC**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | | |
|---|---|---|

**Creditor's name**

**Clark County Treasurer**

**Creditor's mailing address**

**Bankruptcy Clerk**

**P.O. Box 1220**

**Las Vegas, NV 89125**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**1) Clark County Treasurer**; 2) Cy Tom Jr.; 3) Green Emerald Investments; 4) Jonacar NV Corp; 5) Las Vegas Valley Water District; 6) MDL Group; 7) Septarian LLC; 8) State, County & City (FY2025); 9) Stephanie Masso; 10) Tatacoa Corp

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

Statutory tax lien on real property

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$29,480.01          $6,000,000.00

**Remarks:** Real Property Tax (RPT) on 1909 S Jones Blvd, Las Vegas, NV. $27,980.80 principal + $1,499.21 penalty. Four installments.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $4,332,844.58

Debtor    **1909 LLC**                                                  Case number (if known) **26-13286-NMC**
    Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

Cy Tom Jr.

**Creditor's mailing address**

Individually

2505 N Jones Blvd

Las Vegas, NV 89108

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

Asserted (disputed) interest in 1909 S Jones Blvd, Las Vegas, NV

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

| | | $650,000.00 | $6,000,000.00 |

**Remarks:** Cy Tom Jr. asserts a $650,000 claim against 1909, LLC. Debtor disputes the claim in full, including the existence and amount of any debt and any asserted security interest.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page __2__ of __10__

Debtor    **1909 LLC**
Name

Case number (if known) **26-13286-NMC**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**

**Green Emerald Investments**

**Creditor's mailing address**

**5580 W Desert Inn Rd**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

Deed of Trust on 1909 S Jones Blvd, Las Vegas, NV

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

$1,281,000.00    $6,000,000.00

**Remarks:** $1,281,000 secured loan to 1909, LLC.

Debtor    **1909 LLC**
Name

Case number (if known) **26-13286-NMC**

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**Jonacar NV Corp**

**Creditor's mailing address**

**c/o Realty Lending**

**6470 W Desert Inn Rd**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

　❑ No.  Specify each creditor, including this creditor, and its relative priority.

　☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

 Deed of Trust on 1909 S Jones Blvd, Las Vegas, NV

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

| | |
|---|---|
| $279,999.70 | $6,000,000.00 |

**Remarks:** 12.1739% pro-rata share of $2,300,000 co-lender loan. Co-lenders: Stephanie Masso (45.6522%), Septarian LLC (37.8261%), Tatacoa Corp (4.3478%). All payable c/o Realty Lending.

Debtor    **1909 LLC**
    Name

Case number (if known) **26-13286-NMC**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**

**Las Vegas Valley Water District**

**Creditor's mailing address**

**Bankruptcy Dept**

**1001 S Valley View Blvd**

**Las Vegas, NV 89153**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

    ❑ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

 Statutory water lien on real property

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$5,011.29**    **$6,000,000.00**

**Remarks:** Five (5) statutory water/sewer liens totaling $5,011.29 against 1909 S Jones Blvd, Las Vegas, NV.

Debtor    **1909 LLC**
<br>Name

Case number (if known) **26-13286-NMC**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** **Creditor's name**

**MDL Group**

**Creditor's mailing address**

**c/o Michael Beede**

**3199 E Warm Springs Rd Suite 400**

**Las Vegas, NV 89120**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

Asserted (disputed) lien against 1909 S Jones Blvd, Las Vegas, NV

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

| | |
|---|---|
| $60,000.00 | $6,000,000.00 |

**Remarks:** MDL Group asserts a $60,000 lien against 1909 S Jones Blvd. Debtor disputes the lien in full. See also related lis pendens, Case A-25-926521-C, listed on Schedule F.

Debtor  **1909 LLC**
Name

Case number (if known) **26-13286-NMC**

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

**Septarian LLC**

**Creditor's mailing address**

**c/o Realty Lending**

**6470 W Desert Inn Rd**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

Deed of Trust on 1909 S Jones Blvd, Las Vegas, NV

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$870,000.30**      **$6,000,000.00**

**Remarks:** 37.8261% pro-rata share of $2,300,000 co-lender loan. Co-lenders: Stephanie Masso (45.6522%), Jonacar NV Corp (12.1739%), Tatacoa Corp (4.3478%). All payable c/o Realty Lending.

Debtor    __1909 LLC_____    Case number (if known) __26-13286-NMC_____
    Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

### Part 1:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8  Creditor's name**

  **State, County & City (FY2025)**

                                                      $7,353.28        $6,000,000.00

**Creditor's mailing address**

  **Bankruptcy Clerk**

  **P.O. Box 551401**

  **Las Vegas, NV 89155**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

❏ No

☑ Yes. Have you already specified the relative priority?

    ❏ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

 **Statutory tax lien on real property**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Remarks:** FY2025 combined state, county & city property tax on 1909 S Jones Blvd. $6,477.53 tax + $323.93 penalty + $539.82 interest + $12 fees.

Debtor      **1909 LLC**
                Name

Case number (if known) **26-13286-NMC**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.9**  **Creditor's name**

**Stephanie Masso**

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

$1,050,000.60          $6,000,000.00

**Creditor's mailing address**

**c/o Realty Lending**

**6470 W Desert Inn Rd**

**Las Vegas, NV 89146**

**Describe the lien**

 **Deed of Trust on 1909 S Jones Blvd, Las Vegas, NV**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

❑ No
☑ Yes. Have you already specified the relative priority?

 ❑ No.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

 ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Remarks:** 45.6522% pro-rata share of $2,300,000 co-lender loan. Co-lenders: Septarian LLC (37.8261%), Jonacar NV Corp (12.1739%), Tatacoa Corp (4.3478%). All payable c/o Realty Lending.

Debtor    **1909 LLC** _____    Case number (if known) **26-13286-NMC** _____

    Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Part 1:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.10** **Creditor's name**

**Tatacoa Corp**

**Creditor's mailing address**

**c/o Realty Lending**

**6470 W Desert Inn Rd**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account**    __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the
    relative priority?

    ❑ No.  Specify each creditor, including
        this creditor, and its relative
        priority.

        _____

    ☑ Yes. The relative priority of creditors
        is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Commercial real property — 1909 S Jones Blvd, Las Vegas, NV

**Describe the lien**

Deed of Trust on 1909 S Jones Blvd, Las Vegas, NV

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$99,999.40**    **$6,000,000.00**

**Remarks:** 4.3478% pro-rata share of $2,300,000 co-lender loan. Co-lenders: Stephanie Masso (45.6522%), Septarian LLC (37.8261%), Jonacar NV Corp (12.1739%). All payable c/o Realty Lending.

Fill in this information to identify the case:

Debtor name _____**1909 LLC**_____

United States Bankruptcy Court for the:
_____**District of Nevada**_____

Case number (if known): _____**26-13286-NMC**_____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Internal Revenue Service**
**Bankruptcy Dept**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Federal taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**  Priority amount: **unknown**

**Remarks:**
Notice creditor — federal tax priority claim under 11 U.S.C. § 507(a)(8). Amount and tax periods to be determined.

**2.2** | Priority creditor's name and mailing address
**Nevada Department of Taxation**
**Bankruptcy**
**500 E Washington Ave Suite 13000**
**Las Vegas, NV 89101**

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**State taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**  Priority amount: **unknown**

**Remarks:**
Notice creditor — Nevada state tax priority claim under 11 U.S.C. § 507(a)(8). Amount and tax

| Debtor | **1909 LLC** | Case number *(if known)* | **26-13286-NMC** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

### 3.1 Nonpriority creditor's name and mailing address

**MDL Group**

**c/o Michael Beede**

**3199 E Warm Springs Rd Suite 400**

**Las Vegas, NV 89120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:**
Lis pendens recorded in Case A-25-926521-C (Eighth Judicial District Court, Clark County, Nevada). Claim is contingent on outcome of pending litigation. Debtor disputes the claim. See also related $60,000 lien claim listed on Schedule D.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Lis Pendens / Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

### 3.2 Nonpriority creditor's name and mailing address

**Patel Educational Services**

**9801 Winter Palace Dr**

**Las Vegas, NV 89145**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:**
Lis pendens recorded in Case A-25-921217-C (Eighth Judicial District Court, Clark County, Nevada). Claim is contingent on outcome of pending litigation. Debtor disputes the claim.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Lis Pendens / Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

### 3.3 Nonpriority creditor's name and mailing address

**Sophie Ideker**

**4342 Del Monte Ave**

**Las Vegas, NV 89102**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:**
Lis pendens recorded in Case A-23-881836-C (Eighth Judicial District Court, Clark County, Nevada). Claim is contingent on outcome of pending litigation. Debtor disputes the claim.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Lis Pendens / Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

### 3.4 Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

| Debtor | **1909 LLC** | Case number *(if known)* | **26-13286-NMC** |
|---|---|---|---|
| | Name | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$30,000.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$30,000.00** |

**Fill in this information to identify the case:**

Debtor name ___1909 LLC___

United States Bankruptcy Court for the: District of ___Nevada___
(State)

Case number (If known): ___26-13286-NMC___   Chapter ___11___

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **7-year lease for the property at 1909 S Jones** | **State of Nevada Department of Administration Public Works Division** |
| | State the term remaining | **0 months** | **7115 Amigo St., Suite 100** |
| | List the contract number of any government contract | | **Las Vegas, NV 89119** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name          **1909 LLC**

United States Bankruptcy Court for the: District of          **Nevada**
                                                              (State)
Case number (If known):          **26-13286-NMC**

❏ Check if this is an
   amended filing

## Official Form 206H
# Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

❏ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.2 _____ | Street _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.3 _____ | Street _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.4 _____ | Street _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

| Debtor | **1909 LLC** | Case number (if known) | **26-13286-NMC** |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | | | ❏ D<br>❏ E/F<br>❏ G |
| | | Street | | |
| | | | | |
| | | City          State          ZIP Code | | |
| 2.6 | | | | ❏ D<br>❏ E/F<br>❏ G |
| | | Street | | |
| | | | | |
| | | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____**1909 LLC**_____

United States Bankruptcy Court for the:
_____**District of Nevada**_____

Case number (if known): _____**26-13286-NMC**_____      Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*....................................................................................................................
   $6,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................................
   $200.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................................
   $6,000,200.00

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   $4,332,844.58

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................
   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................
   +          $30,000.00

4. **Total liabilities**...................................................................................................................................................
   $4,362,844.58
   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**1909 LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**District of Nevada**</td></tr>
<tr><td colspan="2">Case number (if known):    **26-13286-NMC**</td></tr>
</table>

❏ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

❏ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>❏ Other _____ | $0.00 |
| **For prior year:**   From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>❏ Other _____ | $0.00 |
| **For the year before that:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>❏ Other _____ | $0.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page **1**

Debtor    **1909 LLC**                                                    Case number *(if known)*    **26-13286-NMC**
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **1909 LLC**                                                    Case number *(if known)*    **26-13286-NMC**
                    Name

5.1.    _____    _____    _____    _____
        Creditor's name

        _____
        Street

        _____
        City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____  Creditor's name  _____  Street  _____  City          State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Patel Education Group**  **Case number**  **A-25-921217-C** | **commercial dispute** | **Eighth Circuit Clark County**  Name  _____  Street  _____  City          State    ZIP Code | ☑ Pending  ❑ On appeal  ❑ Concluded |
| 7.2. **MDL Group**  **Case number**  **A-25-926521-C** | **commercial dispute** | **Eighth Circuit Clark County**  Name  _____  Street  _____  City          State    ZIP Code | ☑ Pending  ❑ On appeal  ❑ Concluded |

Debtor    **1909 LLC**    Case number *(if known)*    **26-13286-NMC**
Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**Sohpie Ideker**    **commercial dispute**    **Eighth Circuit Clark County**    ☑Pending
Name    ❑ On appeal

| Case number | | | |
|---|---|---|---|

**A-23-881836-C**    Street    ❑ Concluded

City                    State        ZIP Code

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

| | Case title | Court name and address |
|---|---|---|

Name

| | Case number | Street |
|---|---|---|

City                    State        ZIP Code

| | Date of order or assignment | |
|---|---|---|

City                    State        ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State        ZIP Code

| | Recipient's relationship to debtor |
|---|---|

---

**Part 5:    Certain Losses**

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑None

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **4**

Debtor  **1909 LLC**_____   Case number *(if known)* _____**26-13286-NMC**_____
        Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1. _____  _____  _____  _____

---

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **RIGGI LAW**_____ | **Attorney's Fee and costs and filing fees**_____ | **05/21/2026**_____ | **$7,500.00** |

**Address**

**7900 West Sahara Avenue Suite 100**_____
Street

_____

**Las Vegas, NV 89117**_____
City                    State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**David Riggi**_____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**Trustee**

_____

Debtor    **1909 LLC**                                              Case number *(if known)*    **26-13286-NMC**
        Name

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:  Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| 14.1. _____ Street | From _____  To _____ |
| _____ City                State        ZIP Code | |

---

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    **1909 LLC**                                          Case number *(if known)*    **26-13286-NMC**
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

_____    _____    _____
Facility name

_____

Street                                    | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |

_____    _____

City            State    ZIP Code         _____    *Check all that apply:*

❑ Electronically

❑ Paper

---

### Part 9:  Personally Identifiable Information

16.  **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

17.  **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____        EIN:  ＿ ＿ – ＿ ＿ ＿ ＿ ＿ ＿ ＿

Has the plan been terminated?

❑ No

❑ Yes

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18.  **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | XXXX– ＿ ＿ ＿ ＿ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | _____ | _____ |

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **7**

Debtor    **1909 LLC**                                    Case number *(if known)*    **26-13286-NMC**
Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Debtor     **1909 LLC**                                                    Case number *(if known)*     **26-13286-NMC**
　　　　　Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ❑ Pending |
| **Case number** | Name | | ❑ On appeal |
| | Street | | ❑ Concluded |
| | City　　　　State　　ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City　　　State　　ZIP Code | City　　　　State　　ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City　　　State　　ZIP Code | City　　　　State　　ZIP Code | | |

---

**Part 13:　Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  **1909 LLC** _____    Case number *(if known)* **26-13286-NMC** _____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

_____    _____    EIN: ⎯ ⎯ – ⎯ ⎯ ⎯ ⎯ ⎯ ⎯
Name

| | | **Dates business existed** |
|---|---|---|

_____
Street

From ⎯⎯⎯⎯⎯   To ⎯⎯⎯⎯⎯

_____
City                    State    ZIP Code

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **RICK SAGA** _____    From ⎯⎯⎯⎯⎯   To ⎯⎯⎯⎯⎯
Name

_____
Street

_____
City                          State              ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____    From ⎯⎯⎯⎯⎯   To ⎯⎯⎯⎯⎯
Name

_____
Street

_____
City                          State              ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **RICK SAGA** _____    _____
Name                                                    _____

_____    _____
Street

_____
City                          State              ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **10**

Debtor      **1909 LLC**                                                                                  Case number *(if known)*      **26-13286-NMC**
Name

| Name and address |
|---|

26d.1. _____

Name

_____

Street

_____

_____

City                              State                ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

_____

Street

_____

_____

City                              State            ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Green Emerald Investments - Rick Saga | 5580 W Desert Inn Rd Las Vegas, NV 89146 | Member-manager , sole member | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor   **1909 LLC**                                                   Case number *(if known)*   **26-13286-NMC**
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City                State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

❑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **06/09/2026**
                          MM/   DD/   YYYY

**X** **/s/ RICK SAGA**_____          Printed name  _____**RICK SAGA**_____
     Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **MEMBER -MANAGER**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❑ Yes

Fill in this information to identify the case:

Debtor name _____**1909 LLC**_____

United States Bankruptcy Court for the:
_____**District of Nevada**_____

Case number (if known): _____**26-13286-NMC**_____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* **Resolution**_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**06/09/2026**___
　　　　　　　MM/  DD/  YYYY

**X** /s/ RICK SAGA_____
Signature of individual signing on behalf of debtor

**RICK SAGA**_____
Printed name

**MEMBER -MANAGER**_____
Position or relationship to debtor

Official Form B202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**